UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

In Re: §
§
American Collectors Mint, Llc § Case No. 2:16-02137-PHX-BKM
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/04/2016 . The undersigned trustee was appointed on 03/04/2016 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 41,083.69

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 1,091.30 |
| Bank service fees | 262.46 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] $ | 39,729.93 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 12/01/2016 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 4,858.37 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 4,858.37 , for a total compensation of $ 4,858.37 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 81.07 , for total expenses of $ 81.07 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/16/2018           By: /s/BRIAN J. MULLEN
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit A

| Case No: | 16-02137 BKM | Judge: | Brenda K. Martin | Trustee Name: | BRIAN J. MULLEN |
| --- | --- | --- | --- | --- | --- |
| Case Name: | American Collectors Mint, Llc | | | Date Filed (f) or Converted (c): | 03/04/2016 (f) |
| | | | | 341(a) Meeting Date: | 04/12/2016 |
| For Period Ending: | 04/16/2018 | | | Claims Bar Date: | 12/01/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. FINANCIAL ACCOUNTS | 0.63 | 0.00 | | 0.00 | FA |
| 2. IPAD CASES AND ACCESSORIES | 175,000.00 | 5,413.00 | | 5,413.00 | FA |
| 3. TRADENAME - AMERICAN COLLECTORS MINT | 0.00 | 0.00 | | 0.00 | FA |
| 4. INTERNET DOMAIN NAMES AND WEBSITES | 0.00 | 0.00 | | 0.00 | FA |
| 5. BREACH OF CONTRACT CLAIM | Unknown | 0.00 | | 0.00 | FA |
| 6. CLAIM FOR UNLAWFUL UCC FILING | Unknown | 0.00 | | 0.00 | FA |
| 7. CLAIM FOR CHARGEBACKS | 17,000.00 | 14,170.69 | | 14,170.69 | FA |
| 8. AVOIDABLE TRANSFERS AND CONVEYENCES (u) | 0.00 | 21,500.00 | | 21,500.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $192,000.63   $41,083.69   $41,083.69   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

July 1, 2017   Negotiating with Barclay's re: transfers from debtor
March 22, 2017   Settlement with AMEX approved by court in the amount of $21,500.
December 1, 2016   Investigating transfers to American Express of over $30,000
October 4, 2016   Auctioneer fees and expenses pd.
August 30, 2016   Ipad accessories have been sold
Determining if other assets have value
Bar date requested

Initial Projected Date of Final Report (TFR): 04/15/2017      Current Projected Date of Final Report (TFR): 12/29/2017

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 16-02137 | Trustee Name: BRIAN J. MULLEN |
| Case Name: American Collectors Mint, Llc | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX1790 |
| | Checking Account |
| Taxpayer ID No: XX-XXX7434 | Blanket Bond (per case limit): $52,854,941.00 |
| For Period Ending: 04/16/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/23/16 | 2 | CUNNINGHAM ASSOCIATES, INC | SALE OF IPAD ACCESSORIES | 1129-000 | $5,413.00 | | $5,413.00 |
| 07/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $15.00 | $5,398.00 |
| 08/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $15.00 | $5,383.00 |
| 09/26/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $15.00 | $5,368.00 |
| 10/04/16 | 5001 | CUNNINGHAM & ASSOCIATES P.O. BOX 67087 PHOENIX, AZ 85082-7087 | AUCTIONEER FOR TRUSTEE - FEES | 3610-000 | | $541.30 | $4,826.70 |
| 10/04/16 | 5002 | CUNNINGHAM & ASSOCIATES P.O. BOX 67087 PHOENIX, AZ 85082-7087 | AUCTIONEER FOR TRUSTEE - EXPENSES | 3620-000 | | $550.00 | $4,276.70 |
| 10/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $15.00 | $4,261.70 |
| 11/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $15.00 | $4,246.70 |
| 12/27/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $15.00 | $4,231.70 |
| 01/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | $15.00 | $4,216.70 |
| 02/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $4,201.70 |
| 03/21/17 | 8 | AMERICAN EXPRESS | PREFERENCE SETTLEMENT | 1241-000 | $21,500.00 | | $25,701.70 |
| 03/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $25,686.70 |
| 04/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.52 | $25,671.18 |
| 05/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.94 | $25,634.24 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 16-02137  
Case Name: American Collectors Mint, Llc  
Trustee Name: BRIAN J. MULLEN  
Bank Name: Union Bank  
Account Number/CD#: XXXXXX1790  
Checking Account  
Taxpayer ID No: XX-XXX7434  
Blanket Bond (per case limit): $52,854,941.00  
For Period Ending: 04/16/2018  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/26/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $38.14 | $25,596.10 |
| 07/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.86 | $25,559.24 |
| 04/11/18 | 7 | TSYS MERCHANT SOLUTIONS | CUSTOMER CHARGEBACKS | 1129-000 | $14,170.69 | | $39,729.93 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $41,083.69 | $1,353.76 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $41,083.69 | $1,353.76 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $41,083.69 | $1,353.76 |

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1790 - Checking Account | $41,083.69 | $1,353.76 | $39,729.93 |
|  | $41,083.69 | $1,353.76 | $39,729.93 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $41,083.69 |
| Total Gross Receipts: | $41,083.69 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 2:16-02137-PHX-BKM  
Debtor Name: American Collectors Mint, Llc  
Claims Bar Date: 12/1/2016  
Date: April 16, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 9001 1 3610 | CUNNINGHAM & ASSOCIATES P.O. BOX 67087 PHOENIX, AZ 85082-7087 | Administrative | Per order dated 6/21/16 | $0.00 | $541.30 | $541.30 |
| 9002 1 3620 | CUNNINGHAM & ASSOCIATES P.O. BOX 67087 PHOENIX, AZ 85082-7087 | Administrative | | $0.00 | $550.00 | $550.00 |
| 100 2100 | BRIAN J. MULLEN BANKRUPTCY TRUSTEE P.O. BOX 32247 PHOENIX , AZ 85064 | Administrative | | $0.00 | $4,858.37 | $4,858.37 |
| 100 2200 | BRIAN J. MULLEN BANKRUPTCY TRUSTEE P.O. BOX 32247 PHOENIX , AZ 85064 | Administrative | | $0.00 | $81.07 | $81.07 |
| 100 3210 | LANE & NACH ATT: ADAM NACH 2001 EAST CAMPBELL, SUITE 103 PHOENIX, AZ 85016 | Administrative | | $0.00 | $15,000.00 | $15,000.00 |
| 100 3220 | LANE & NACH ATT: ADAM NACH 2001 EAST CAMPBELL, SUITE 103 PHOENIX, AZ 85016 | Administrative | | $0.00 | $701.01 | $701.01 |
| 1 300 7100 | STAMPEDE PRESENTATION PRODUCTS, INC. C/O JON R. HULTGREN, ESQ. HAMMERMAN & HULTGREN, P.C. 3101 N. CENTRAL AVENUE, STE. 500 PHOENIX, AZ 85012 | Unsecured | | $0.00 | $444,657.43 | $444,657.43 |
| 2 300 7100 | AMERICAN EXPRESS CENTURION BANK C/O BECKET AND LEE LLP PO BOX 3001 MALVERN, PA 19355-0701 | Unsecured | | $0.00 | $21,500.00 | $21,500.00 |
| | Case Totals | | | $0.00 | $487,889.18 | $487,889.18 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 1                                                                 Printed: April 16, 2018

UST Form 101-7-TFR (5/1/2011) (Page: 7)
Case 2:16-bk-02137-BKM    Doc 68    Filed 04/26/18    Entered 04/26/18 09:34:32    Desc
Page 7 of 10

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 2:16-02137-PHX-BKM
Case Name: American Collectors Mint, Llc
Trustee Name: BRIAN J. MULLEN

Balance on hand $ 39,729.93

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRIAN J. MULLEN | $ 4,858.37 | $ 0.00 | $ 4,858.37 |
| Trustee Expenses: BRIAN J. MULLEN | $ 81.07 | $ 0.00 | $ 81.07 |
| Attorney for Trustee Fees: LANE & NACH | $ 15,000.00 | $ 0.00 | $ 15,000.00 |
| Attorney for Trustee Expenses: LANE & NACH | $ 701.01 | $ 0.00 | $ 701.01 |
| Auctioneer Fees: CUNNINGHAM & ASSOCIATES | $ 541.30 | $ 541.30 | $ 0.00 |
| Auctioneer Expenses: CUNNINGHAM & ASSOCIATES | $ 550.00 | $ 550.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 20,640.45
Remaining Balance $ 19,089.48

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

UST Form 101-7-TFR (5/1/2011) (Page 8)
Case 2:16-bk-02137-BKM  Doc 68  Filed 04/26/18  Entered 04/26/18 09:34:32  Desc
Page 8 of 10

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 466,157.43 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | STAMPEDE PRESENTATION PRODUCTS, INC. | $ 444,657.43 | $ 0.00 | $ 18,209.04 |
| 2 | AMERICAN EXPRESS CENTURION BANK | $ 21,500.00 | $ 0.00 | $ 880.44 |
| | Total to be paid to timely general unsecured creditors | | $ | 19,089.48 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE